UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 26, 2002

MEMORANDUM TO COUNSEL RE:   Reliable Liquors v. Truck Drivers, et al.
Civil #JFM-02-3854

Dear Counsel:

On November 26th, I held a telephone conference regarding Plaintiff's Motion for a Temporary Restraining Order. Although the case is before Judge Frederick Motz, I heard the motion in my capacity as chambers judge. For the reasons stated during the tape-recorded teleconference, I ruled as follows:

(i) counsel for both sides shall jointly submit a letter to me, with a copy to Judge Motz, which incorporates the following:

   (a) the deadline for the plaintiff's request for review of its pension liability will be extended until January 13, 2003, and

   (b) all other deadlines will be extended in a similar manner, to be specified in the letter;

(ii) because the deadlines are being extended, the danger of immediate harm is extinguished. Accordingly, Plaintiff's Motion for a Temporary Restraining Order is DENIED; and

(iii) the defendants' actuary shall meet with the plaintiff's actuary to determine if the parties can agree regarding the information necessary to analyze the plaintiff's early withdrawal liability.

I will advise Judge Motz that, depending upon the outcome of the meeting between the parties' actuaries, the plaintiff might renew its request for injunctive relief.

      Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                               Very truly yours,

                                               Benson Everett Legg

c:      Court file