IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RELIABLE LIQUORS, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM-02-3854 |
| TRUCK DRIVERS AND HELPERS LOCAL UNION NO. 355 PENSION FUND, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \*

### STIPULATED ORDER

The Plaintiff and Defendants, by their counsel, agree to this Court's issuance of an Order further extending the time period under 29 U.S.C. § 1399(b)(2)(A), during which Plaintiff may request review of its withdrawal liability, up to and including **January 17, 2003**.

Respectfully submitted,                               Respectfully submitted,

_____                             _____
Charles J. Kresslein                                  Kimberly L. Bradley
Federal Bar No. 22967                                 Federal Bar No. 23653
Serotte, Rockman & Wescott, P.A.                      Abato, Rubenstein and Abato, P.A.
409 Washington Ave., Suite 610                        809 Gleneagles Court, Suite 320
Baltimore, MD 21204-4903                              Baltimore, MD 21286
(410) 825-7900                                        (410) 321-0990

Attorneys for Plaintiff                               Attorneys for Defendants

It is so Ordered:

_____
The Honorable J. Frederick Motz
U.S. District Court

CJK\2068msc.14
January 10, 2003

