IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RELIABLE LIQUORS, INC. | * |
| | * |
| v. | *  CIVIL NO. JFM-02-3854 |
| | * |
| TRUCK DRIVERS & HELPERS | * |
| LOCAL UNION NO. 355 PENSION | * |
| FUND, et al. | * |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 14th day of January, 2003,

ORDERED

1. Plaintiff's renewed motion for temporary restraining order is denied,

2. Defendants' motion to dismiss is granted, and

3. This action is dismissed.



J. Frederick Motz
United States District Judge

-6-

